

# LAW OFFICES OF WILLIAM CAFARO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-13
```

www.cafaroverdicts.com

William Cafaro, Esq.
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafarocsq.com

**MEMO ENDORSED**

September 23, 2013

*The terms of the proposed settlement are fair, reasonable and adequate and they are approved.*

*SO ORDERED.*

*[signature]*
*USDJ*
*9-25-13*

By Facsimile to 212-805-7949
Kevin. P. Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Jacinto Quiroz-Sanchez et al. v. Mediterraneo Restaurant, et al.,
13-CIV-0865 (PKC)

Your Honor:

I submit this letter with Defendants' consent to request approval of the enclosed Settlement Agreement, which settles wage-and-hour claims under the Fair Labor Standards Act and New York Labor Law[1]. As explained herein, the Settlement Agreement should be approved as fair and reasonable because (1) the fact-intensive nature of Plaintiffs' claims creates litigation risk for all parties, (2) the settlement was negotiated at arms-length between counsel, with the assistance of a Court-appointed mediator, (3) the settlement ensures payment of a significant percentage of the total potential recovery, and (4) perhaps most important, Defendants' financial condition presents a substantial collection risk if Plaintiffs were to litigate this case through a potential judgment.

Plaintiffs worked for the Defendants' company, a restaurant, predominantly as busboys whose tasks included, but were not limited to, busing tables, washing dishes, sweeping, and mopping. Plaintiffs' start dates and end dates differ, but most Plaintiffs began working before December 2006 and all Plaintiffs ended their employment between November and December 2012. The analysis for each Plaintiff is therefore conducted from their specific start date through each Plaintiff's individual end date.

Although the complaint alleged that the plaintiffs worked 12 hour days, six days a week, this did not make allowance for breaks which total to one hour per day, which the Plaintiffs do not dispute for the purposes of negotiation. As is common in the dining industry, there were some weeks in which the Plaintiffs did not work a full 40 hours, due to sickness or other personal

---

[1] This letter is submitted in furtherance of settlement communications. The parties reserve all rights under FRE 408, CPLR § 4547, and all other evidentiary rules governing settlement communications.

2 | Page
Jacinto Quiroz-Sanchez et al. v. Mediterraneo Restaurant, et al.,
13-Civ-0865 (PKC)
September 23, 2013

issues. Because of the time where Plaintiffs worked 66 hour weeks and other time where the Plaintiffs worked less than 40 hour weeks, I was satisfied that an average work week of 50 hours, inclusive of 10 hours of overtime a week, was a fair and reasonable compromise for purposes of negotiation.

The calculations for each individual Plaintiff are demonstrated in the enclosed spreadsheet. A summary of the claim by Plaintiff is as follows:

| Employee | Wages | NYLD | FLD | SOH | SOH-LD | Total |
|---|---|---|---|---|---|---|
| Jacinto Quiroz-Sanchez | $12,076.09 | $1,554.35 | $5,858.70 | $13,103.70 | $6,081.68 | $38,674.51 |
| Omar Beristain-Lopez | $14,875.82 | $1,818.13 | $7,603.29 | $12,219.20 | $5,659.36 | $42,175.80 |
| Jose Luis Beristain-Lopez | $9,226.09 | $4,808.88 | $2,066.67 | $9,801.00 | $5,288.63 | $31,191.26 |
| Jaime Mendez Quiroz | $8,895.65 | $ 466.30 | $7,030.43 | $6,737.00 | $4,022.38 | $27,151.77 |
| **TOTAL** | **$45,073.64** | **$8,647.66** | **$22,559.09** | **$41,860.90** | **$21,052.04** | **$139,193.33** |

The gross settlement figure accepted by the Plaintiffs was $100,000.00. This amount will be allocated to the Plaintiffs' regular time wage claim, overtime wage claim, spread of hours claim, and to liquidated damages, and is inclusive of attorney's fees, which are on a one-third contingency basis. Since the total of the wage claim, at an average of 10 hours of overtime per week, was $139,193.33, this means that as a percentage, the settlement recovered 72% of the Plaintiffs' total claim with all liquidated damages.

In order to obviate litigation at this early stage which could always entail substantial discounts for periods of absence from work, breaks, and other interruptions, and to incentivize the Defendants to contribute funds which would otherwise have been utilized for defense costs toward a settlement, the parties mutually agreed to settle as indicated above. The Plaintiffs also wish to avoid protracted litigation. Each of the Plaintiffs have verbally advised me of their decision to accept the settlement rather than continuing the litigation.

The settlement was achieved at a May 31, 2013 mediation session between the parties before a Court-appointed mediator. Prior to and during the mediation session, the parties engaged in an informal exchange of information concerning Defendants' financial condition, which included a presentation by Defendants' accountant concerning the corporate financial statements and the individuals' net worth. This information satisfied me that enforcement of a potential judgment would be costly, time-consuming and would present a collection risk.

3 | Page
Jacinto Quiroz-Sanchez et al. v. Mediterraneo Restaurant, et al.,
13-Civ-0865 (PKC)
September 23, 2013

It is respectfully requested that the requisite fairness finding be made with respect to the proposed settlement.

Respectfully submitted,

_____/s/_____
William Cafaro (WC 2730)
Attorney for Plaintiff

cc: Arthur J. Robb, Esq.

Quiroz-Sanchez, et al. v. Ma. Vi. Do. Rest. Inc., et al.,
13-Civ-0865

| Employee | Wages | NYLD | FLD | SOH | SOH-LD | Total |
|---|---|---|---|---|---|---|
| Jacinto Quiroz-Sanchez | $ 12,076.09 | $ 1,554.35 | $ 5,858.70 | $13,103.70 | $6,081.68 | $ 38,674.51 |
| Omar Beristain-Lopez | $ 14,875.82 | $ 1,818.13 | $ 7,603.29 | $ 12,219.20 | $ 5,659.36 | $ 42,175.80 |
| Jose Luis Beristain-Lopez | $ 9,226.09 | $ 4,808.88 | $ 2,066.67 | $ 9,801.00 | $ 5,288.63 | $ 31,191.26 |
| Jaime Mendez Quiroz | $ 8,895.65 | $ 466.30 | $ 7,030.43 | $ 6,737.00 | $ 4,022.38 | $ 27,151.77 |
| TOTAL | $ 45,073.64 | $ 8,647.66 | $ 22,559.09 | $ 41,860.90 | $ 21,052.04 | $ 139,193.33 |

Jacinto Quiroz-Sanchez
Index No.: 13-Civ-0865

**NYLL Overtime Claim:**

| Period 1 | 2/6/2007 | 2/5/2010 | | 156 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 156 | | $6,217.39 | $1,554.35 | | $7,771.74 |

**FLSA Overtime Claim:**

| Period 2 | 2/6/2010 | 4/10/2011 | | 61 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 61 | | $2,431.16 | | $2,431.16 | $4,862.32 |

| Period 3 | 4/11/2011 | 12/8/2012 | | 86 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 86 | | $3,427.54 | | $3,427.54 | $6,855.07 |

**Spread of Hours Claim:**

| | | | # Weeks | | Wages | State Liquidated | Federal Liquidated | Total |
|---|---|---|---|---|---|---|---|---|
| Period 4 | 2/6/2007 | 7/23/2009 | 128 | | | | | |
| Min Wage | Days/wk | Wkly Def | | | | | | |
| $7.15 | 6 | $42.90 | 128 | | $5,491.20 | $1,372.80 | | $6,864.00 |

| Period 5 | 7/24/2009 | 4/10/2011 | 89 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Min Wage | Days/Wk | Wkly Def | | | | | | |
| $7.25 | 6 | $43.50 | 89 | | $3,871.50 | $967.88 | | $4,839.38 |

| Period 6 | 4/11/2011 | 12/8/2012 | 86 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Min Wage | Days/wk | Wkly Def | | | | | | |
| $7.25 | 6 | $43.50 | 86 | | $3,741.00 | $3,741.00 | | $7,482.00 |
| | | | | | Total of All Claims | | | $ 38,674.51 |

Omar Beristain-Lopez
13-Civ-0865

### NYLL Minimum Wage Claim:

| | | | # Weeks | | | Wages | State Liquidated | Federal Liquidated | Total |
|---|---|---|---|---|---|---|---|---|---|
| Period 1 | 1/1/2007 | 5/1/2009 | 121 | | | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 69 | $480 | $6.96 | | | | | | | |
| Min Wage | Less RRP | Hrly Def | Wkly Def | x # Weeks | | | | | |
| $7.15 | $6.96 | $0.19 | $7.74 | 121 | | $936.43 | $234.11 | | $1,170.54 |

| Period 2 | 10/2/2009 | 2/5/2010 | 18 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 67.5 | $445 | $6.59 | | | | | | | |
| Min Wage | Less RRP | Hrly Def | Wkly Def | x # Weeks | | | | | |
| $7.15 | $6.59 | $0.56 | $22.30 | 18 | | $401.33 | $100.33 | | $501.67 |

### FLSA Minimum Wage Claim:

| Period 3 | 2/6/2010 | 4/10/2011 | 61 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 67.5 | $ 445.00 | $ 6.59 | | | | | | | |
| Min Wage | Less RRP | Hrly Def | Wkly Def | x# Weeks | | | | | |
| $7.25 | $ 6.59 | $0.66 | $26.30 | 61 | | $1,604.07 | | $1,604.07 | $3,208.15 |

| Period 4 | 4/11/2011 | 6/1/2011 | 7 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 67.5 | $445 | $6.59 | | | | | | | |
| Min Wage | Less RRP | Hrly Def | Wkly Def | x # Weeks | | | | | |
| $7.25 | $6.59 | $0.66 | $26.30 | 7 | | $184.07 | | $184.07 | $368.15 |

### NYLL Overtime Claim:

| | | | # Weeks | | | Wages | State Liquidated | Federal Liquidated | Total |
|---|---|---|---|---|---|---|---|---|---|
| Period 5 | 2/6/2007 | 5/1/2009 | 116 | | | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 69 | $480.00 | $6.96 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $10.73 | $6.96 | $3.77 | 10 | 116 | | $4,371.43 | $1,092.86 | | $5,464.29 |

| Period 6 | 5/2/2009 | 10/1/2009 | | 21 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $520.00 | $7.54 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $11.31 | $7.54 | $3.77 | 10 | 21 | | $792.49 | $198.12 | $990.61 |

| Period 7 | 10/2/2009 | 2/5/2010 | | 18 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 67.5 | $445.00 | $6.59 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $10.88 | $6.59 | $4.28 | 10 | 18 | | $770.83 | $192.71 | $963.54 |

**FLSA Overtime Claim:**

| Period 8 | 2/6/2010 | 4/10/2011 | | 61 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 67.5 | $445.00 | $6.59 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $10.88 | $6.59 | $4.28 | 10 | 61 | | $2,612.27 | $2,612.27 | $5,224.54 |

| Period 9 | 4/11/2011 | 6/1/2011 | | 7 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 67.5 | $445.00 | $6.59 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $10.88 | $6.59 | $4.28 | 10 | 7 | | $299.77 | $299.77 | $599.54 |

| Period 10 | 6/2/2011 | 9/1/2012 | | 65 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $11.96 | $7.97 | $3.98 | 10 | 65 | | $2,589.59 | $2,589.59 | $5,179.18 |

Omar Beristain-Lopez
13-Civ-0865

| Period 11 | 9/2/2012 | 11/1/2012 | | 8 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 57.5 | $450.00 | $7.83 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $11.75 | $7.83 | $3.92 | 10 | 8 | | $313.51 | | $313.51 | $627.03 |

| Spread of Hours | | | | | Wages | State Liquidated | Federal Liquidated | Total |
|---|---|---|---|---|---|---|---|---|
| | | | # Weeks | | | | | |
| Period 12 | 2/6/2007 | 7/23/2009 | 128 | | | | | |
| Min Wage | Days/wk | Wkly Def | | | | | | |
| $7.15 | 6 | $42.90 | 128 | | $5,491.20 | $1,372.80 | | $6,864.00 |

| Period 13 | 7/24/2009 | 10/1/2009 | 9 | | | | |
|---|---|---|---|---|---|---|---|
| Min Wage | Days/Wk | Wkly Def | | | | | |
| $7.25 | 6 | $43.50 | 9 | $391.50 | $97.88 | | $489.38 |

| Period 14 | 10/2/2009 | 4/10/2011 | 79 | | | | |
|---|---|---|---|---|---|---|---|
| Min Wage | Days/wk | Wkly Def | | | | | |
| $7.25 | 5 | $36.25 | 79 | $2,863.75 | $715.94 | | $3,579.69 |

| Period 15 | 4/11/2011 | 6/1/2011 | 7 | | | | |
|---|---|---|---|---|---|---|---|
| Min Wage | Days/Wk | Wkly Def | | | | | |
| $7.25 | 5 | $36.25 | 7 | $253.75 | $253.75 | | $507.50 |

| Period 16 | 6/2/2011 | 11/1/2012 | 74 | | | | |
|---|---|---|---|---|---|---|---|
| Min Wage | Days/wk | Wkly Def | | | | | |
| $7.25 | 6 | $43.50 | 74 | $3,219.00 | $3,219.00 | | $6,438.00 |

| Total of All Claims | $ 42,175.80 |
|---|---|

Jose Luis Beristain
13-Civ-0865

| NYLL Overtime Claim: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period 1 | 8/1/2008 | 12/31/2009 | | 73 | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 73 | | $2,909.42 | $727.36 | $3,636.78 |

| Period 2 | 1/1/2010 | 2/5/2010 | | 5 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $620.00 | $8.99 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $13.48 | $8.99 | $4.49 | 10 | 5 | | $224.64 | $56.16 | $280.80 |

| FLSA Overtime Claim: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period 3 | 2/6/2010 | 12/31/2010 | | 46 | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $620.00 | $8.99 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $13.48 | $8.99 | $4.49 | 10 | 46 | | $2,066.67 | $2,066.67 | $4,133.33 |

| Period 4 | 1/1/2011 | 4/10/2011 | | 14 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 14 | | $557.97 | $557.97 | $1,115.94 |

| Period 5 | 4/11/2011 | 12/10/2012 | | 87 | | | | |
|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | |
| 69 | $550.00 | $7.97 | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | |
| $11.96 | $7.97 | $3.99 | 10 | 87 | | $3,467.39 | $3,467.39 | $6,934.78 |

Jose Luis Beristain
13-Civ-0865

| Spread of Hours Claim: | | | # Weeks | | Wages | State Liquidated | Federal Liquidated | Total |
|---|---|---|---|---|---|---|---|---|
| Period 6 | 8/1/2008 | 7/23/2009 | 50 | | | | | |
| Min Wage | Days/wk | Wkly Def | | | | | | |
| $7.15 | 6 | $42.90 | 50 | | $2,145.00 | $536.25 | | $2,681.25 |
| Period 7 | 7/24/2009 | 4/10/2011 | 89 | | | | | |
| Min Wage | Days/Wk | Wkly Def | | | | | | |
| $7.25 | 6 | $43.50 | 89 | | $3,871.50 | $967.88 | | $4,839.38 |
| Period 8 | 4/11/2011 | 12/8/2012 | 87 | | | | | |
| Min Wage | Days/wk | Wkly Def | | | | | | |
| $7.25 | 6 | $43.50 | 87 | | $3,784.50 | $3,784.50 | | $7,569.00 |

| Total of All Claims | $ 31,191.26 |
|---|---|

Jaime Mendez Quiroz
13-Civ-0865

| NYLL Overtime Claim: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period 1 | 5/6/2009 | 2/5/2010 | | 39 | | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 57.5 | $550.00 | $9.57 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $14.35 | $9.57 | $4.78 | 10 | 39 | | $1,865.22 | $466.30 | | $2,331.52 |

| FLSA Overtime Claim: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period 2 | 2/6/2010 | 4/10/2011 | | 61 | | | | | |
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 57.5 | $550.00 | $9.57 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $14.35 | $9.57 | $4.78 | 10 | 61 | | $2,917.39 | | $2,917.39 | $5,834.78 |

| Period 3 | 4/11/2011 | 12/3/2012 | | 86 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hrs/Wk | $/Wk | RRP | | | | | | | |
| 57.5 | $550.00 | $9.57 | | | | | | | |
| OT Min | Less RRP | Hrly Def | OT Hrs/Wk | x# Weeks | | | | | |
| $14.35 | $9.57 | $4.78 | 10 | 86 | | $4,113.04 | | $4,113.04 | $8,226.09 |

| Spread of Hours Claim: | | | | | | | State | Federal | |
|---|---|---|---|---|---|---|---|---|---|
| | | | # Weeks | | | Wages | Liquidated | Liquidated | Total |
| Period 4 | 5/6/2009 | 7/23/2009 | 11 | | | | | | |
| Min Wage | Days/wk | Wkly Def | | | | | | | |
| $7.15 | 5 | $35.75 | 11 | | | $393.25 | $98.31 | | $491.56 |

| Period 5 | 7/24/2009 | 4/10/2011 | 89 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Min Wage | Days/Wk | Wkly Def | | | | | | | |
| $7.25 | 5 | $36.25 | 89 | | | $3,226.25 | $806.56 | | $4,032.81 |

| Period 6 | 4/11/2011 | 12/3/2012 | 86 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Min Wage | Days/wk | Wkly Def | | | | | | | |
| $7.25 | 5 | $36.25 | 86 | | | $3,117.50 | $3,117.50 | | $6,235.00 |
| | | | | | | Total of All Claims | | | $ 27,151.77 |